**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERTO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>K. HOLLAND, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-00222-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR INITIATION OF SERVICE OF PROCESS<br><br>[ECF No. 8] |

        Plaintiff Gilberto Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 1, 2019, the Magistrate Judge screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendants K. Holland. W.J. Sullivan, J. Gutierrez, K. Allen, D. Mason and R. Escarcega for the denial of outdoor exercise in violation of the Eighth Amendment. (ECF No. 5.) However, Plaintiff did not state a cognizable claim against Defendants R. Groves and J. Jones. (Id.) The Court granted Plaintiff leave to amend the complaint or notify the Court in writing of his intent to proceed only the retaliation claim. (Id.) On March 25, 2019, Plaintiff notified the Court of his intent to proceed only against K. Holland. W.J. Sullivan, J. Gutierrez, K. Allen, D. Mason and R. Escarcega. (ECF No. 7.)

Therefore, on March 27, 2019, the Magistrate Judge issued Findings and Recommendations recommending that that this action only proceed against Defendants K. Holland. W.J. Sullivan, J. Gutierrez, K. Allen, D. Mason and R. Escarcega for the denial of outdoor exercise in violation of the Eighth Amendment, and Defendants R. Groves and J. Jones be dismissed for the reasons stated in the Court's March 1, 2019 screening order. The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. Plaintiff did not file objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on March 27, 2019, are adopted in full;

2. The instant action shall proceed against Defendants K. Holland. W.J. Sullivan, J. Gutierrez, K. Allen, D. Mason and R. Escarcega for the denial of outdoor exercise in violation of the Eighth Amendment;

3. All other claims and Defendants are dismissed from the action for failure to state a cognizable claim for relief; and

4. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: **April 16, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE