

FILED

JUL 12 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>K. HOLLAND, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00222-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO GILBERTO GARCIA, CDCR #J-91670 |

    A settlement conference in this matter commenced on July 12, 2019. Inmate Gilberto Garcia, CDCR #J-91670 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 7/12/19

_____
UNITED STATES MAGISTRATE JUDGE

1