# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. HOLLAND, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00222-LJO-SAB (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS, RESETTING DEADLINE FOR FILING OF RESPONSIVE PLEADING, AND VACATING DISCOVERY AND SCHEDULING ORDER ISSUED JULY 15, 2019 |

Plaintiff Gilberto Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's complaint against Defendants K. Holland. W.J. Sullivan, J. Gutierrez, K. Allen, D. Mason and R. Escarcega for the denial of outdoor exercise in violation of the Eighth Amendment.

On June 18, 2019, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before a responsive pleading was filed.

A settlement conference before Magistrate Judge Barbara A. McAuliffe was held on July 12, 2019. (ECF No. 27.) The case did not settle and is now ready to proceed.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action (ECF No. 15) is LIFTED;

2. Defendants shall file a responsive pleading within **twenty-one (21) days** from the date of service of this order; and

3. The July 15, 2019, discovery and scheduling order is vacated to be reissued after Defendants file an answer to the complaint.

IT IS SO ORDERED.

Dated: __**July 16, 2019**__

UNITED STATES MAGISTRATE JUDGE